

1801 Market St., Suite 770
Ten Penn Center
Philadelphia, PA 19103
T: (215) 569-4433
F: (215) 569-4434
KiernanTrebach.com

sbaker@kiernantrebach.com

July 8, 2021

*Via E-Filing*
The Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse, Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797

Re: *Dianne Cochran v. ULTA Salon, Cosmetics & Fragrance, Inc. (improperly identified as ULTA Beauty, Inc. and ULTA Beauty) & Erica S. Harrell*
USDC Eastern District of PA – Civil Action No. 20-4997

Dear Judge Brody:

Our offices represent the original Defendant, ULTA Salon Cosmetics and Fragrance, Inc. (Improperly identified as ULTA Beauty, Inc. and ULTA Beauty) in the above captioned matter. We are in receipt of the Court's notice from June 23, 2021 regarding service on the the Additional Defendants/Third Party Defendants in this matter.

Please be advised that we have settled our claim with the Additional Defendants/Third Party Defendants. We will advise the Court once a Release has been executed.

Please let me know if you have any questions. Thank you.

Respectfully submitted,

*Sarah M. Baker*

SARAH M. BAKER

cc: Todd M. Sailer, Esquire *(Via ECF)*