

1801 Market St., Suite 770
Ten Penn Center
Philadelphia, PA 19103
T: (215) 569-4433
F: (215) 569-4434
KiernanTrebach.com

*sbaker@kiernantrebach.com*

January 6, 2022

*Via E-Filing*
The Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse, Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797

  Re: *Dianne Cochran v. ULTA Salon, Cosmetics & Fragrance, Inc.*
    *USDC Eastern District of PA – Civil Action No. 20-4997*

Dear Judge Brody:

  We are writing on behalf of Defendant, ULTA Salon, Cosmetics, and Fragrance, Inc. ("Ulta"), in the above captioned matter to request that the Arbitration hearing currently scheduled for January 20, 2022 be continued by 120 days. Plaintiff's Counsel concurs with this request.

  Both ULTA and Plaintiff respectfully request additional time to complete their investigations and discovery. Specifically, we recently received Plaintiff's discovery responses on 12/13/21, following the entry of an Order, identifying various treating providers. ULTA requests the opportunity to obtain a complete set of Plaintiff's medical records in light of the injuries claimed and the disclosures made in her discovery responses. Additionally, depositions of both parties are outstanding. Please note that Plaintiff's Counsel has disclosed that Plaintiff had COVID, which delayed scheduling of depositions. Plaintiff's Counsel also reported that he is presently trying to determine which of Plaintiff's injuries are related to the incident at issue and requests additional time to do so. Moreover, undersigned counsel for ULTA is presently attached for trial in *Larson, et al. v. J&K Quality Restaurants, LLC* before the Superior Court of New Jersey Law Division – Middlesex County starting January 31, 2022. Admittedly, this is our second request for a continuance. We previously requested a continuance of the Arbitration Hearing scheduled for November 23, 2021, because undersigned counsel was attached for a two week trial starting on November 19, 2021, before the Philadelphia Court of Common Pleas.

The Honorable Anita B. Brody
January 6, 2022
Page 2

_____

        For the reasons stated herein, both parties jointly request a continuance of the Arbitration hearing by 120 days. Thank you for your consideration.

        Respectfully submitted,

        *Sarah M. Baker*

        SARAH M. BAKER

cc:    Todd M. Sailer, Esquire *(Via ECF)*

KIERNAN TREBACH