# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIANNE COCHRAN** | : Civil Action: 2020-cv-04997-AB |
| Plaintiff | |
| v. | |
| **ULTA BEAUTY INC.,** | : |
| **ULTA BEAUTY and** | : |
| Defendants | : |

# **ORDER**

AND NOW, this 16th day of February, 2023, upon consideration of Plaintiff's Motion to Remove this matter from arbitration, it is hereby ORDERED that said Motion is DENIED.

BY THE COURT,

____s/ANITA B. BRODY, J.__
ANITA B. BRODY, J.