# FALCON LAW FIRM, L.L.C
ATTORNEYS AT LAW    www.falconlawfirm.com
_____

| | | |
|---|---|---|
| **122 E. Court Street** | 714 West Park Ave. | 984 US Highway 9 South |
| Doylestown, PA 18901 | Oakhurst, NJ 07755 | Parlin, NJ 08859 |
| Phone: (215) 360-3880    Fax: (215) 345-6487 | 277 Broadway, Suite 810 | 740 Lloyd Rd. |
| *Todd M. Sailer, Esq. Managing Attorney* | New York, NY 10007 | Aberdeen, NJ 07747 |
| t.sailer@falconlawfirm.com | 223 Sycamore St. | |
| | Newtown, PA 18940 | |

February 16, 2023

<u>Via E-filing</u>
The Hon. Anita B. Brody
United States District Court -ED of PA
U.S. Courthouse, Independence Mall West
601 Market St.
Philadelphia, PA 19106-1797

      **RE:   Cochran v. ULTA Salon, Cosmetics & Fragrance, Inc.;**
             **USDC Eastern District of PA – Civil Action 20-4997**

Dear Judge Brody:

    I have filed a motion to remove this matter from the arbitration program as the damages far exceed the $150,000 cap. In addition, if this motion is for some reason not granted, I must request another continuance of the arbitration scheduled on February 21, 2023. I just learned from Mrs. Cochran's daughter that the family is taking her on a surprise trip to visit friends and relatives next week.

    Thank you for your attention to this matter.

Very truly yours,
**FALCON LAW FIRM, LLC**

<u>**/s/Todd M. Sailer**</u>

**Todd M. Sailer, Esquire**

TMS:ksr

cc:    Vaishnavi Arshanapally, Esquire
         Sarah M. Baker, Esquire