**FALCON LAW FIRM, LLC**
BY: Todd M. Sailer, Esquire           *Attorneys for Plaintiff*
Attorney I.D. #86013
122 E. Court Street Doylestown, PA 18901
Tel: 215-360-3880

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIANNE COCHRAN** | : Civil Action: 2020-cv-04997-AB |
|     Plaintiff | : |
|     v. | : |
| **ULTA BEAUTY INC.,** | : **DEMAND FOR TRIAL DE** |
| **ULTA BEAUTY and** | : **NOVO** |
|     Defendants | : |

## DEMAND FOR TRIAL DE NOVO

    Todd M. Sailer, Esq. attorney for Plaintiff Dianne Cochran requests a trial de novo in the above-referenced matter.

                                                        **FALCON LAW FIRM, LLC.**

                                                        /s/ Todd M. Sailer
                                                   By:_____
                                                   **Todd M. Sailer, Esq.**
Date: March 13, 2023                            **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I, Todd M. Sailer, Esquire, attorney for Plaintiff, Dianne Cochran, hereby certify that a true and correct copy of the foregoing Demand for Trial De Novo has been served upon the following parties via ECF and electronic mail as follows:

    Sarah Baker, Esq.  Attorney for Defendants
    sbaker@kiernantrebach.com
    Kiernan Trebach LLP
    Ten Penn Center Plaza, Suite 770
    1801 Market St.
    Philadelphia, PA 19103


    Paed_arbitration@paed.uscourts.gov



                          **FALCON LAW FIRM, LLC.**

                              /s/ Todd M. Sailer
                      **By:**_____
Date: March 13, 2023           **Todd M. Sailer, Esq.**
                              **Attorney for Plaintiff**