IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANNE COCHRAN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 20-4997 |
| v. | : | |
| | : | |
| ULTA SALON, COSMETICS, & | : | |
| FRAGRANCE, Inc., | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, on this 12th day of February, 2024, as stated on the record during the conference held on February 12, 2024, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 54) is **DENIED**.

                                                       s/ANITA B. BRODY, J.
                                                       ANITA B. BRODY, J.

Copies **VIA ECF**