IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANNE COCHRAN<br><br>         Plaintiff<br><br> v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.<br><br>         Defendants | Civil Action No.<br><br>2:20-cv-04997-AB |

## WITHDRAW OF APPEARANCE

TO THE CLERK OF COURT:

 Kindly withdraw my appearance, ONLY, as co-counsel on behalf of Defendant, ULTA Salon, Cosmetics & Fragrance, Inc., in the above-captioned matter.

              Respectfully submitted,

            By: _____
              KIERRA BURDA MARTIN, ESQUIRE

Dated: April 18, 2024