UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797
215-597-3978

June11 5, 2024

**NOTICE OF JURY TRIAL CANCELLATION:**

RE:   20-4997, COCHRAN v. ULTA SALON, COSMETICS & FRAGRANCE, INC.

 Counsel,

Please be advised that the jury trial scheduled for July 1, 2024 is **CANCELLED.**

s/Joseph B. Walton
_____
Joseph B. Walton
Deputy to Judge Brody

**COPIES SENT VIA ECF**