# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANNE COCHRAN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 20-4997 |
| v. | : | |
| | : | |
| ULTA BEAUTY, INC., | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, on this 9th day of July, 2024, the parties are **ORDERED** to show cause by July 19, 2024 why a Rule 41(b) order should not be issued.

      s/ANITA B. BRODY, J._____
      ANITA B. BRODY, J.